Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
**(Filed Electronically)**

CRIMINAL ACTION NO. 3:20mj-771
UNITED STATES OF AMERICA,                                              PLAINTIFF,

vs.

ASHTON CLAY NALLY,                                                     DEFENDANT.

### DEFENDANT'S RESPONSE TO MOTION TO EXTEND TIME TO FILE INDICTMENT

Comes defense counsel, Donald J. Meier and Chastity Beyl, and hereby states he asserts his rights to an indictment filed within 30 days of his arrest on these charges pursuant to 18 U.S.C. §3161(b).

| | |
|---|---|
| s/ Chastity R. Beyl | s/ Donald J. Meier |
| Assistant Federal Defender | Assistant Federal Defender |
| 200 Theatre Building | 200 Theatre Building |
| 629 S. Fourth Street | 629 S. Fourth Street |
| Louisville, Kentucky 40202 | Louisville, Kentucky 40202 |
| (502) 584-0525 | (502) 584-0525 |
| | |
| Counsel for Defendant. | Counsel for Defendant. |

### CERTIFICATE

I certify that a copy of the foregoing was served on the United States, Tom Dyke, by mail, this 4th day of January, 2021.

s/ Donald J. Meier
s/ Chastity R. Beyl

1