UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:21CR-15-BJB
UNITED STATES OF AMERICA,                                                             PLAINTIFF,

vs.

ASHTON CLAY NALLY,                                                                    DEFENDANT.

### UNOPPOSED MOTION TO DECLARE CASE COMPLEX

Comes the defendant Ashton Clay Nally, by counsel, and moves the Court to declare the case complex under 18 U.S.C. § 3161(h)(7)(B). As grounds for said motion, defense counsel states that there is considerable discovery in this case, which will take time to review and investigate. In addition, the potential penalty associated with this case requires the defense to conduct extensive investigation not only as to the facts of the alleged crime, but to any mitigating or aggravating factors as listed in 18 U.S.C. §3592.

This undertaking will require a great deal of investigation and preparation on the part of the defense team. For all of these reasons, Mr. Nally respectfully requests that the Court declare this case complex.

Counsel is authorized to state that the United States is unopposed to this motion.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

                                                 s/Donald J. Meier
                                                 s/Chastity R. Beyl
                                                 Assistant Federal Defenders
                                                 200 Theatre Building
                                                 Louisville, Kentucky 40202
                                                 (502) 584-0525

                                                 Counsel for Defendant.

## **CERTIFICATE**

      I hereby certify that on May 5, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Hon. Thomas Dyke, Assistant United States Attorney.

                                                 s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808