UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
**(Filed Electronically)**

**CRIMINAL ACTION NO.  3:21CR-15-BJB**
**UNITED STATES OF AMERICA,**                                                                 **PLAINTIFF,**

**vs.**

**ASHTON CLAY NALLY,**                                                                          **DEFENDANT.**

### ORDER

Defendant having moved the Court to declare this case complex; the Court finding that the amount of discovery to be reviewed, and the nature of the case necessitate additional time to complete discovery, file and prepare defensive motions, and conduct the investigation necessary to present an effective defense at trial, and any potential penalty phase; the Court further finding that based on the above factors the ends of justice served by the granting of said motion outweigh the best interests of the public and the defendant in a speedy trial; and the Court being otherwise sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that the case is hereby DECLARED COMPLEX under 18 U.S.C. § 3161(h)(8)(B).

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay resulting from any continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offenses charged herein must commence pursuant to 18 USCA § 3161(h)(8)(A), § 3161(h)(8)(B)(ii), and § 3161(h)(8)(B)(iv).

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808