# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**      **PLAINTIFF**

**VS.**      **CRIMINAL ACTION NO. 3:21-CR-15-BJB**

**ASHTON CLAY NALLY**      **DEFENDANT**

## ORDER ON *EX PARTE* HEARING

An *ex parte* hearing was held on October 25, 2022 regarding defense counsel's motion for status regarding counsel (DN 37). Defendant, Ashton Clay Nally, appeared in custody with Chastity R. Beyl and Donald J. Meier, Assistant Federal Defenders. The proceeding was digitally recorded.

As fully stated on the sealed record, Defendant will continue to be represented by counsel of record. Accordingly,

**IT IS HEREBY ORDERED** that the Office of the Federal Defender shall remain as counsel of record for the defendant.

**IT IS FURTHER ORDERED** that the official recording of this proceeding is **SEALED**.

cc:     Counsel of Record

0|15