UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                              CRIMINAL ACTION NO.: 3:21-CR-15-BJB
                                                                                *Filed Electronically*

ASHTON NALLY                                                                           DEFENDANT

## AGREED ORDER OF RESTITUTION

The parties having agreed to the restitution amount and this Court being sufficiently advised;

IT IS HEREBY ORDERED as follows:

1. The defendant is sentenced to pay, as restitution, $6,107.06.

2. Restitution is due immediately, and not withstanding any other provision of this Restitution Order, the United States may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

3. If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

4. The Court having determined that the defendant does not have the ability to pay interest, interest SHALL NOT ACCRUE and is waived pursuant to 18 U.S.C. § 3612(f)(3)(A).

5. The victims' names, addresses,[1] and total losses are as follows:

| VICTIM | ADDRESS | AMOUNT OF LOSS |
|---|---|---|
| Sydney Jesse | *Provided directly to the Clerk's Office. | $6,107.06 |
| Total Amount | | $6,107.06 |

6. No delinquent or default penalties will be imposed except upon Order of the Court.

7. The amount of restitution paid to any victim shall not exceed the victim's total loss from the offense of conviction.

8. All payments shall be made to the United States District Court Clerk, 601 West Broadway, 1st Floor, Louisville, KY 40202.

9. As long as the defendant owes restitution, the defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 717 West Broadway, Louisville, KY 40202 of: (a) Any change of name, residence, or mailing address; and/or (b) Any material change in economic circumstances that affects the ability to pay restitution.

10. This Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment and Conviction as if set out verbatim therein.

_____
Judge Benjamin J. Beaton, U.S. District Court

---

[1] If any victim is an individual, the United States shall provide that individual's address to the Clerk of the Court.

Tendered By:
MICHAEL A. BENNETT
United States Attorney

*s/Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911
alicia.gomez@usdoj.gov


Having Seen and Agreed:

MICHAEL A. BENNETT
United States Attorney

*s/Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney

Dated: November 17, 2023


*s/Donald J. Meier and Chastity R. Beyl*
Donald J. Meier and Chastity R. Beyl
Assistant Federal Defender
Western Kentucky Federal Community Defender, Inc
629 South 4th Street, Suite 200
Louisville, KY 40202
Counsel for Defendant, Ashton Nally

Dated: November 17, 2023


cc:   United States Probation Office
      610 W. Broadway #400
      Louisville, KY 40202

3