UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                          CRIMINAL ACTION NO.: 3:21-CR-15-BJB

ASHTON NALLY                                                                               DEFENDANT

**NOTICE OF AGREED PROPOSED RESTITUTION ORDER**

-*Electronically Filed*-

Comes the United States of America, by counsel, Assistant United States Attorney Alicia P. Gomez, and files this notice that the Agreed Proposed Restitution Order submitted by the United States at DN 61 was signed with permission from defense counsel, Donald J. Meier and Chastity R. Beyl.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-5911
alicia.gomez@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

/s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant U.S. Attorney